[No. 32968-9-II.   Division Two.   June 14, 2006.]

*In the Matter of the Marriage of* MICHELLE LE VOSHELL, *Plaintiff,* and ARLEN WILLIAM VOSHELL, *Respondent,* v. BAUM, ETENGOFF, & BUCKLEY ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Clark County, No. 02-3-01756-5, Edwin L. Poyfair, J., entered February 18, 2005. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Houghton and Bridgewater, JJ.

[No. 33007-5-II.   Division Two.   June 14, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY ALEXANDER MARSHALL, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-03676-7, Bruce W. Cohoe, J., entered March 11, 2005. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.

[No. 33070-9-II.   Division Two.   June 14, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JESSE F. DENHAM, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 05-8-00099-5, Richard D. Hicks, J., entered March 29, 2005. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Quinn-Brintnall, C.J., and Armstrong, J.

[No. 33564-6-II.   Division Two.   June 14, 2006.]

THE STATE OF WASHINGTON, *on behalf of Cameron James McKedy, Plaintiff,* v. GREGORY POWELL GILKESON, *Respondent,* SHELL MCKEDY, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 04-1-00315-1, Edwin L. Poyfair, J., entered July 8, 2005. *Reversed* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Hunt, JJ.